RECEIVED ELECTRONICALLY BY
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
ON 8/15/2007.

Case 4:07-cv-00289-JLH   Document 9   Filed 08/15/07   Page 1 of 3

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 13 2007

JAMES N. HATTEN, CLERK
By: [signature]
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 23 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1845

### IN RE Conagra Peanut Butter Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1845
## IN RE Conagra Peanut Butter Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN  2  07-592 | Roberta Pelt v. ConAgra Foods, Inc., et al. |
| ALN  2  07-694 | Christopher Neal Rogers, et al. v. ConAgra Foods, Inc. |
| ALN  7  07-673 | Larry Deason, et al. v. ConAgra Foods, Inc. |
| ALN  7  07-874 | Lynda R. Pate, et al. v. ConAgra Foods, Inc. |
| **ARKANSAS EASTERN** | |
| ARE  4  07-289 | Andy Wiggs v. ConAgra Foods, Inc. |
| **FLORIDA MIDDLE** | |
| FLM  2  07-193 | Gerald Gray, et al. v. ConAgra Foods, Inc. |
| FLM  2  07-289 | Marti Starbuck v. ConAgra Foods, Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  1  07-20900 | Lazaro Aleman, et al. v. ConAgra Foods, Inc., et al. |
| FLS  9  07-80407 | Gloria Deleo v. ConAgra Foods, Inc. |
| FLS  9  07-80408 | Ruby Reilly v. ConAgra Foods, Inc. |
| **GEORGIA MIDDLE** | |
| GAM  1  07-63 | Garret Paitich v. ConAgra Foods, Inc. |
| **INDIANA SOUTHERN** | |
| INS  1  07-395 | William Hart v. ConAgra Foods, Inc. |
| **KENTUCKY EASTERN** | |
| KYE  7  07-106 | Darren Ambrozich v. ConAgra Foods, Inc. |
| KYE  7  07-107 | Patrica Ambrozich v. ConAgra Foods, Inc. |
| **KENTUCKY WESTERN** | |
| KYW  3  07-173 | Ernest J. Wallace, Jr. v. ConAgra Foods, Inc. |
| **LOUISIANA WESTERN** | |
| LAW  3  07-323 | John Douglas Livingston, et al. v. Wal-Mart Stores, Inc., et al. |
| **MICHIGAN EASTERN** | |
| ~~MIE  5  07-12028~~ | ~~Harold Stringer, et al. v. ConAgra Foods, Inc.~~  Opposed 7/27/07 |
| **MISSISSIPPI SOUTHERN** | |
| MSS  1  07-534 | Edna Peters v. ConAgra Foods, Inc. |
| **NEW JERSEY** | |
| NJ  1  07-1320 | Steven Newman v. ConAgra Foods, Inc. |
| **NEW YORK WESTERN** | |
| NYW  1  07-130 | Ezekiel Kollar, et al. v. ConAgra Foods Retail Products Co., et al. |


SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL NO. 1845)                                    Page 2 of 2

<u>DIST. DIV. C.A. #</u>           <u>CASE CAPTION</u>

OKLAHOMA WESTERN
  OKW 5  07-456           James Fish, et al. v. ConAgra Foods, Inc.
  OKW 5  07-519           Michael W. Johnston v. ConAgra Foods, Inc.

PENNSYLVANIA EASTERN
  ~~PAE 2  07-882~~          ~~Stefanie Brodsky v. ConAgra, Inc.~~  Opposed 8/8/07
  PAE 2  07-2184          Brenda Porreca, et al. v. ConAgra Foods, Inc.

SOUTH CAROLINA
  SC 9  07-838             Lewis David Manbeck v. ConAgra Foods, Inc.

TENNESSEE EASTERN
  TNE 3  07-57             Lance J. Davis, et al. v. ConAgra Foods, Inc.

TEXAS NORTHERN
  TXN 3  07-936            Jennifer Standard, etc. v. ConAgra Foods, Inc.
  TXN 3  07-944            Eric E. Smith, et al. v. ConAgra Foods, Inc.

TEXAS SOUTHERN
  TXS 3  07-269            James Green v. ConAgra Foods, Inc.
  TXS 4  07-1514           Deborah Sanchez v. ConAgra Foods, Inc.
  TXS 4  07-1549           Sheila James v. ConAgra Foods, Inc., et al.
  TXS 6  07-51             Brecka Ficken v. ConAgra Foods, Inc., et al.